UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNY A. PACKARD, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | No.  2:14-CV-0315-TOR<br><br>JUDGMENT IN A CIVIL ACTION |

In accordance with Federal Rule of Civil Procedure 68.  Judgment is hereby entered on behalf of Plaintiff Danny A. Packard, Jr. in the amount of $90,000.00 (inclusive of attorney fees and costs) as reflected in Defendant American Family Mutual Insurance Company's Offer of Judgment at ECF No. 29-1 and Plaintiff's Notice of Acceptance of Offer of Judgment at ECF No. 29.  Post judgment interest shall accrue at the rate of 0.47% per annum.

DATED:  February 5, 2016

　　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By: *s/Linda Hansen*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE